# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DEBORAH JENSEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　Defendant. | Case No. 2:16-cv-05752-BRO-KS<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Upon consideration of the Parties' Stipulation for dismissal of this entire action with prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all parties. The parties will bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 12/29/2016　　　　　_____
　　　　　　　　　　　　　　　Honorable Beverly Reid O'Connell
　　　　　　　　　　　　　　　United States District Court Judge